IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00143-DAD-BAM |
|---|---|
| Plaintiff, | ORDER DENYING STIPULATION FOR TEMPORARY RELEASE TO ATTEND FUNERAL |
| v. | |
| ADRIAN VARGAS-ORNELAS, | |
| Defendant. | |

Defendant Adrian Vargas-Ornelas ("Defendant") was ordered detained on July 9, 2018. (ECF Nos. 13, 14.) On December 27, 2018, Defendant filed a stipulation for his temporary release to attend a family member's funeral in Hanford, California. The stipulation provides that Defendant is to be released on December 28, 2018, at 8:00 a.m., on ankle monitoring and is to return to the jail on December 29, 2018, at 7:00 p.m. However, the stipulation was not filed until 3:35 p.m. on the day prior to the release date which does not allow pretrial services sufficient time to arrange for Defendant to be fitted with an ankle monitor and arrange for his release. Pretrial Services was also not advised nor had sufficient time to be heard on the matter. Further, the request is unreasonable period of time for the defendant to be released since the defendant was detained as both a flight risk and a danger to the community.

Accordingly, the parties' stipulation for Defendant Vargas-Ornelas to be temporarily released is HEREBY DENIED as untimely, unreasonable and without due notice to pretrial services.

IT IS SO ORDERED.

Dated: __December 27, 2018__

UNITED STATES MAGISTRATE JUDGE

1