**BONAKDAR** LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, ADRIAN VARGAS-ORNELAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ADRIAN VARGAS-ORNELAS,<br><br>                Defendant. | CASE NO. 1:18-CR-00143 DAD BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Sentencing Date: May 4, 2020 |

WHEREAS the Sentencing Hearing has been scheduled in this matter for May 4, 2020.

WHEREAS Roger S. Bonakdar, counsel for Defendant Adrian Vargas-Ornelas (herein "Mr. Vargas-Ornelas") requests a continuance of the May 4, 2020, Sentencing so that he may meet with Mr. Vargas-Ornelas and to complete steps necessary for the Government to, and for the Court to apply, a "safety valve" and First Step compliant sentence. This will result in changes to the PSR and further informal and formal objections.

WHEREAS Mr. Vargas-Ornelas has not yet debriefed. This debriefing will have a significant impact on Mr. Vargas-Ornelas' sentencing guideline calculation, for safety valve purposes. Further, counsel for Mr. Vargas-Ornelas will need to meet with Mr. Vargas-Ornelas once he has been debriefed to discuss the safety valve, the PSR, and the sentencing options available to him.

Due to the COVID-19 outbreak and limitations on visitation with incarcerated inmates, it has been impractical to complete the "safety valve" and First Step compliant meetings with Mr. Vargas-Ornelas. Therefore, a continued Sentencing date is warranted for additional time to complete the "safety valve," and so that any changes can be made to the PSR and additional informal and formal objections to PSR can be made.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the May 4, 2020, sentencing hearing be continued to July 7, 2020, or in the alternative for a period of not less than 60 days from the May 4, 2020, sentencing date.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Dated: April 9, 2020     United States Attorney's Office
                         /s/Vincenza Rabenn
                         MICHAEL TIERNEY
                         Assistant United States Attorney

Dated: April 9, 2020     UNITED STATES PROBATION
                         /s/ Tony Vue
                         TONY VUE
                         United States Probation Officer

Dated: April 9, 2020     BONAKDAR LAW FIRM
                         /s/ Roger S. Bonakdar
                         ROGER S. BONAKDAR
                         Attorney for Defendant

ORDER

Pursuant to the parties' stipulation, the currently scheduled sentencing hearing date of May 4, 2020 is hereby continued to July 6, 2020, at 10:00 am in Courtroom 5.

IT IS FURTHER ORDERED that the deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, shall be extended to reconcile with the continued Sentencing Hearing date.

IT IS SO ORDERED.

Dated: **April 10, 2020**

UNITED STATES DISTRICT JUDGE