BONAKDAR LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, ADRIAN VARGAS-ORNELAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00143 DAD BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| ADRIAN VARGAS-ORNELAS, | Sentencing Date: July 7, 2020 |
| Defendant. | |

WHEREAS the Sentencing Hearing has been scheduled in this matter for July 7, 2020.

WHEREAS Roger S. Bonakdar, counsel for Defendant Adrian Vargas-Ornelas (herein "Mr. Vargas-Ornelas") requests a continuance of the July 7, 2020, Sentencing so that he may meet with Mr. Vargas-Ornelas in order to respond to Probation and the Government regarding Defendant's eligibility under Safety Valve provisions, so that the Court may fashion a correct sentence.

Whereas, the application of Safety Valve in this case will have a significant effect on Defendant's sentencing exposure.

Due to the COVID-19 outbreak and limitations on visitation with incarcerated inmates, it has been impractical to complete the "safety valve" and First Step compliant meetings with Mr. Vargas-Ornelas. Therefore, a continued Sentencing date is warranted for additional time to

complete the "safety valve," and so that any changes can be made to the PSR and additional informal and formal objections to PSR can be made.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the July 7 2020, sentencing hearing be continued to October 5, 2020, or in the alternative for a period of not less than 60 days from the July 7, 2020, sentencing date.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original.  In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

| Dated:  June 8, 2020 | United States Attorney's Office |
|---|---|
| | /s/Vincenza Rabenn |
| | MICHAEL TIERNEY |
| | Assistant United States Attorney |
| Dated: June 8, 2020 | UNITED STATES PROBATION |
| | /s/ Tony Vue |
| | TONY VUE |
| | United States Probation Officer |
| Dated: June 8, 2020 | BONAKDAR LAW FIRM |
| | /s/ Roger S. Bonakdar |
| | ROGER S. BONAKDAR |
| | Attorney for Defendant |

## ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the July 7, 2020, Sentencing hearing is hereby continued to October 5, 2020.

IT IS FURTHER ORDERED that the deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, shall be extended to reconcile with the continued Sentencing Hearing date.

IT IS SO ORDERED.

Dated: __**June 11, 2020**__                  */s/ Dale A. Drozd*
                                              UNITED STATES DISTRICT JUDGE